# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TROY CARTER,               :   No. 76 MM 2019

          Petitioner       :

        v.                 :

THE PENNSYLVANIA BOARD OF   :
PROBATION AND PAROLE,      :

          Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.